

# LIBERTYBELL LAW GROUP
## CIVIL DIVISION

245 E. Olive Ave., 4th Floor
Burbank, CA 91502

*09- 16-371- CR*
*09-16-372-CR*
*09-16-378-CR*

T: 818.556.1515
F: 818.688.0186

December 6, 2017

**FILED**

DEC 1 1 2017

Court of Appeals
Ninth District
Clerk: Carol Anne Harley
1001 Pearl Street Suite 330
Beaumont, TX 77701

*Robert Vajda*

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

Dear Sir/Madam,

A letter pursuant to Tex.R.App. Proc. 48.4 has been sent to the client by certified mail on December 6, 2017. A copy of the return receipt is enclosed.

Sincerely,
LibertyBell Law Group


*David S. Miller*
David S. Miller, Esq.
Texas Bar No. 24047510

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy)         $ _____
- [ ] Return Receipt (electronic)       $ _____
- [ ] Certified Mail Restricted Delivery $ _____
- [ ] Adult Signature Required          $ _____
- [ ] Adult Signature Restricted Delivery $ _____

Postage

$

Total Postage and Fees

$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

Postmark
Here

7016 2710 0000 8498 0667

FILED

DEC 11 2017

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS